|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |
| BRIAN SANGSTER, | | Case No.: 2:20-cv-00057-APG-EJY |
| Plaintiff | | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | | |
| CLARK COUNTY PUBLIC DEFENDER, et al., | | [ECF Nos. 3, 5, 8, 9, 10, 13, 14] |
| Defendants | | |

Plaintiff Brian Sangster asserts claims under 42 U.S.C. § 1983 against defendants Clark County Pubic Defender's Office, Darin Imlay, and Alexander Henry. Magistrate Judge Youchah recommended that I dismiss this case with prejudice because the defendants are defense attorneys who represented Sangster in criminal proceedings and thus are not state actors. Sangster objects, arguing that because the defendants are funded by the State, they are state actors.

A "public defender does not act under color of state law when performing a lawyer's traditional functions as counsel to a defendant in a criminal proceeding." *Polk Cty. v. Dodson*, 454 U.S. 312, 325 (1981). Sangster alleges the defendants represented him in two criminal cases. He alleges they failed to promptly respond to his request to turn over documents, such as discovery and a presentence investigation report. The defendants thus were performing the role of attorney for Sangster and communication with the client is a traditional function within that role. The defendants therefore are not state actors under these allegations. Consequently, I accept Judge Youchah's report and recommendation and dismiss this case with prejudice because amendment would be futile.

I THEREFORE ORDER that Judge Youchah's report and recommendation **(ECF No. 10) is accepted**, and plaintiff Brian Sangster's complaint **(ECF No. 1-1) is DISMISSED with prejudice**.

I FURTHER ORDER that all pending motions are denied as moot and the clerk of court is instructed to close this case.

DATED this 31st day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE